NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROCKIES EXPRESS PIPELINE, LLC,**
*Appellant,*

v.

**KEN SALAZAR, SECRETARY OF THE INTERIOR,**
*Appellee.*

-------------------------------------------------

**KEN SALAZAR, SECRETARY OF THE INTERIOR,**
*Appellant,*

v.

**ROCKIES EXPRESS PIPELINE, LLC,**
*Appellee.*

---

2012-1055, -1174

---

Appeals from the Civilian Board of Contract Appeals in no. 1821, Administrative Judge Allan H. Goodman.

---

ON MOTION

---

O R D E R

Rockies Express Pipeline LLC moves to withdraw Benjamin M. Vetter as counsel and for a 14-day extension of time, until September 4, 2012, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

AUG 20 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: L. Poe Leggette, Esq.
    Domenique G. Kirchner, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 20 2012

JAN HORBALY
CLERK